NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED


IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


RICHARD DELISI, DOC #087624,　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellant,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　Case No.  2D18-4013
　　　　　　　　　　　　　　　　　　)
STATE OF FLORIDA,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　Appellee.　　　　　　　　)
_____)

Opinion filed August 2, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Richard Delisi, pro se.


PER CURIAM.

　　　　　　Affirmed.


SILBERMAN, SLEET, and LUCAS, JJ., Concur.